# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ESTATE OF MICHAEL BURKLAND, | : | CIVIL ACTION |
| | : | |
| GABRIEL BURKLAND | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DORLEEN BURKLAND, et al., | : | No. 11-5024 |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 3rd day of January, 2012, after oral argument and upon consideration of Plaintiff's "Motion for Summary Judgment" (Doc. No. 10), and the responses and replies thereto (Doc Nos. 11-14, 19), and for the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion (Doc. No. 10) is **DENIED**.

2. The life insurance and accidental death benefits at issue shall remain with Defendant, Metropolitan Life Insurance Company, until the resolution of Dorleen Burkland's criminal case in Bucks County Court of Common Pleas.

                              **BY THE COURT:**

                              /s/ Mitchell S. Goldberg
                              _____
                              **MITCHELL S. GOLDBERG, J.**